UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JACQUELINE CONWAY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No.: 1:25-cv-01826-MJM |
| JASMINE JEFFRY, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS COMPLAINT OR FOR SUMMARY JUDGMENT**

Defendants, by and through undersigned counsel, hereby move under Rule 12 or Rule 56, to dismiss with prejudice the claims in Plaintiff's Complaint against them, and also for summary judgment in the alternative. Defendants have attached a memorandum of law in support of this motion, which is incorporated by reference herein.

WHEREFORE, Defendants respectfully request this Honorable Court issue an Order entering judgment in favor of Defendants as to all claims.

Respectfully submitted,

_____/s/_____
BRADLEY J. NEITZEL (Bar No.26787)
Assistant County Attorney
bneitzel@baltimorecountymd.gov
Baltimore County Office of Law
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420
Attorney for Defendants