| | | |
|---|---|---|
| JACQUELINE CONWAY, | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| JASMINE JEFFRY *et al.*, | * | BALTIMORE COUNTY |
| Defendants. | * | Case No. C-03-CV-25-000810 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

To:   Clerk, Circuit Court for Baltimore County, Maryland

Defendants Jasmine Jeffry, and Bryan McDowell, by their undersigned counsel, file this Notice that on June 9, 2025, this action was removed from the Circuit Court for Baltimore County where it was originally filed to the U.S. District Court for the District of Maryland (Northern Division).

Attached hereto as **Exhibit A** and made a part hereof is a copy of the Notice of Removal filed in the U.S. District Court.

Respectfully submitted,

JAMES R. BENJAMIN, JR.
Baltimore County Attorney

_____/s/_____
Bradley J. Neitzel
Assistant County Attorney
CPF #9812160264
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, Maryland 21204
Telephone: (410) 887-2364
Facsimile: (410) 296-0931

1

Email: bneitzel@baltimorecountymd.gov
*Counsel for Defendants*
*Jasmine Jeffry*
*Bryan McDowell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th Day of June, 2025, a copy of the foregoing Notice of Removal was served electronically on all attorneys of record via MDEC.

_____/s/_____
Bradley J. Neitzel
Assistant County Attorney
CPF #9812160264