

## BALTIMORE COUNTY POLICE
### Case Report

Case Number
243030178
243030178-002
Report Type
Incident

### Administrative Information

| | | |
|---|---|---|
| Assignment<br>PC 6 Towson | Sub-Assignment<br>Shift 2 | Disposition<br>NIBRS Exception |
| Situation Found<br>J5 - Assault, 1st Degree [Not Domestic Abuse] | Incident Summary | NIBRS Exception Clearance Basis / Date<br>Prosecution Declined / 10/30/2024 |
| Summary | | |

### Incident Information

| | | |
|---|---|---|
| Dispatch Initiated On<br>10/29/2024 2:03:27 PM | Document Date/Time<br>10/30/2024 11:56:47 AM | Initial Reporting Officer<br>06503 - JEFFRY, J |
| Occurred On<br>10/29/2024 1:00:00 PM - Tuesday | Or Between<br>10/29/2024 1:50:00 PM - Tuesday | Reporting Officer<br>06503 - JEFFRY, J |
| Body Camera Footage Available<br>Y - Yes | If Not, Explain | |
| Teletype Notified<br>N - No | Notification Type | Telex # |
| Related Cases | Scene Processed By | |

### Location Information

| | | |
|---|---|---|
| Location Name | Address<br>1733 Edgewood Rd LOCH RAVEN, MD  21286 | |
| Precinct | Reporting Area<br>060710 | Coordinate X<br>-76.56617853 | Coordinate Y<br>39.38907674 |

### Additional Information

| | |
|---|---|
| Did the incident occur in a care facility? | |
| Name of Facility | N - No |
| License Number | |
| Does this incident contain an animal bite? | |
| Does this incident contain financial related documents? | N - No |
| Does this incident contain threats against a school, student, or staff? | N - No |
| Does this incident contain bias related information? | N - No |
| Does this incident involve releasing or disposing of seized firearms? | N - No |
| Does this incident contain a possible elder or vulnerable adult abuse, neglect, or exploitation? | N - No |

### Elements Of Incident

| | |
|---|---|
| Confidential? | N - No |
| Firearm Related? | Y - Yes |
| Workplace Violence Related? | N - No |
| Repeat Offender Related? | N - No |
| School Related? | N - No |
| Witness Intimidation Related? | N - No |
| Gang Related? | N - No |
| Homeland Security Related? | N - No |
| CDS Related? | N - No |
| Assets Seized? | N - No |
| Sick/Injured Report Completed? (Form 273) | N - No |
| Use Of Force Completed? (Form 253) | N - No |
| Motor Vehicle Pursuit Report Completed? (Form 213) | N - No |
| Investigative Interview Conducted | Y - Yes |
| Warrant/Summons/Protective Order Explained | N - No |
| MD Crime Victim/Witness Brochure Issued | Y - Yes |
| Security Survey Information | |

### Offense Information

| | | |
|---|---|---|
| Offense<br>Assault 1st Degree | | Location Type<br>Street/Roadway |
| IBR Code<br>13A | IBR Group<br>A | UCR Hierarchy<br>04 | Crime Against<br>Person |
| Completed<br>Yes | Code Section | Hate/Bias<br>None (No Bias) | Tools |
| Cargo Theft | Drug Type | Burglary MO | |
| Domestic Related per NIBRS/UCR<br>No | Domestic Circumstances | Using<br>Not Applicable | Criminal Activity |
| Weapons | Premises Entered | Entry | Vehicle Taken or Attempted to be Taken |



PLAINTIFF'S
EXHIBIT
5

## BALTIMORE COUNTY POLICE
### Case Report

Case Number
243030178
243030178-002
Report Type
Incident

| Handgun | | | |
|---|---|---|---|
| Primary Objective was to Obtain the Vehicle | Location Detail | Traffic Lane Involved | Carjacking Circumstances |

### Suspect Information

| Name | | DOB | Age | Juvenile | Race | Sex |
|---|---|---|---|---|---|---|
| CONWAY, JACQUELINE | | 6/8/1964 | 60 | N - No | Black or African American | Female |

| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |
|---|---|---|---|---|---|
| | | | | | |

| Addresses | | | |
|---|---|---|---|
| Home | 1616 SHADYSIDE RD | BALTIMORE, MD 21218 | |

| Phones | | |
|---|---|---|
| | Home | 410-979-0355 |

| Emails | |
|---|---|
| | |

| Sex Offender Status | Sex Offender Registration Expiration Date | |
|---|---|---|
| | | |

| Ethnicity | Height | Weight | Gender Identity |
|---|---|---|---|
| Not Hispanic or Latino | 503 | 168 | |
| Marital Status | SSN | | County Resident |
| | | | Resident |
| Eye Color | Hair Color | | Hair Style |
| Brown | Black | | |
| Facial Hair | Facial Hair Color | | Complexion |
| Clean Shaven | | | Black |
| Build | Teeth | | Accent |
| DLN | DLS | | DL Country |
| C500356017430 | Maryland | | |
| Hat | Mask | | Glasses |
| Jacket | Shirt | | Gloves/Hands Covered |
| Pants | Shoes | | General Description |
| Other Description | | | Injury |
| Employer/School | Occupation/Grade | | Hours of Employment |
| Burglary/Robbery MO | | | |

| Alert Type | Start Date | End Date | Notes | Last Updated By | Last Updated On |
|---|---|---|---|---|---|
| Scars, Marks and Tattoos | | | | | |

| Additional Suspect MO Comments |
|---|
| |

### Victim Information

| Victim Type | Victim Of | | | | | |
|---|---|---|---|---|---|---|
| Individual | Assault 1st Degree | | | | | |
| Name | DOB | Age | Juvenile | Race | Sex | |
| Agnew, Keyon Kendall | 7/19/2003 | 21 | N - No | Black or African American | Male | |

| Alias/NickName | Alias DOB | Alias Race | Alias Ethnicity | Alias Sex | Alias SSN |
|---|---|---|---|---|---|
| | | | | | |

| Addresses | | | | |
|---|---|---|---|---|
| Home | 1733 EDGEWOOD RD | LOCH RAVEN, MD 21286 | Baltimore | US - United States of America |

| Phones | | |
|---|---|---|
| | Mobile | (443) 760-8038 |

| Emails | |
|---|---|
| | |

| Pertinent Hate Crime Information | Domestic Victim per NIBRS/UCR | Rape Completed |
|---|---|---|
| Injury | Circumstances | Justifiable Homicide Circumstances |
| None | Argument | |
| Ethnicity | Height | Weight | Gender Identity |

## BALTIMORE COUNTY POLICE
### Case Report

Case Number
243030178
243030178-002
Report Type
Incident

| Marital Status | | SSN | | | County Resident |
|---|---|---|---|---|---|
| | | | | | Resident |
| Eye Color | | Hair Color | | | Hair Style |
| Facial Hair | | Facial Hair Color | | | Complexion |
| Build | | Teeth | | | Accent |
| DLN | | DLS | | | DL Country |
| MD10273498937 | | Maryland | | | United States of America |
| Hat | | Glasses | | | Gloves/Hands Covered |
| Jacket | | Shirt | | | Other Description |
| Pants | | Shoes | | | Circumstances |
| Employer/School | | Occupation/Grade | | | Argument |
| | | | | | Hours of Employment |
| Under Influence Alcohol | | Under Influence Drugs | | | Cohabitant at Time of Offense |
| N - No | | N - No | | | N - No |

| Alert Type | Start Date | End Date | | Notes | Last Updated By | Last Updated On |
|---|---|---|---|---|---|---|
| Offender | | Relationship | | Domestic Relationship | | Household Status |
| S - CONWAY, JACQUELINE | | Relationship Unknown | | | | |
| Scars, Marks and Tattoos | | | | | | |

| LEOKA Type | | LEOKA Assignment | | LEOKA Activity | | LEOKA ORI-Other Jurisdiction |
|---|---|---|---|---|---|---|
| Injury Description | | | | | | |

### Property Information

| Property Type | | | | Description | | |
|---|---|---|---|---|---|---|
| Handgun - Automatic | | | | Glock 27, .40 caliber handgun | | |
| UCR Description | | | | UCR Type | | IBR Type |
| G - Firearms | | | | 13 | | 13 |
| Status | | | | Count | | Value |
| Related Item (Victim/Suspect) | | | | 1 | | |
| Manufacturer | | | | Model | | |
| Serial Number/VIN | HIN | OAN | | Vehicle Year | | |
| Firearm Caliber, Type | | | | Vehicle Type | | |
| .40 | | P - Pistol | | | | |
| Finish | | Condition | | Vehicle Damages | | |
| Color | | | | License Plate/License State/Country | | |
| BlackBlack | | | | // | | |
| | | | | Expiration Date | | |

| Boat Name | | Boat Type | | Hull Shape | | Propulsion | | Boat Length |
|---|---|---|---|---|---|---|---|---|
| Other Identifiers | | | | Additional Description | | | | |
| Drug Type, Quantity, Measure | | | | | | | | |

| Recovery Date/Time | | Owner | | Disposition |
|---|---|---|---|---|
| 10/20/2024 2:00:00 PM | | S - CONWAY, JACQUELINE | | |
| Additional Description | | | | |

### Narrative

--------------------------------------------------------------------------------
--------------------------------------------------------------------------------
POFC J. Jeffry #6503 10/29/2024 1900 hours

On 10/29/2024, I, POFC J. Jeffry #6503 responded to 1733 Edgewood Rd for a call in reference to a first degree assault.

Upon arrival, this Officer was met by Suspect Jacqueline Conway (DOB: 06/08/1964), who advised that she wanted to report a lewdness incident.



BALTIMORE COUNTY POLICE
Case Report

Case Number
243030178
243030178-002
Report Type
Incident

Suspect Conway reported that she was at the aforementioned location to deliver a DoorDash order. She noted that when the homeowner, Victim Keyon Kendall Agnew (DOB: 07/19/2003), answered the door, he was naked. It should be noted that she specifically stated that she could see Victim Agnew's "penis" and "balls" hanging out from underneath the oversized T-shirt he was wearing. Suspect Conway noted that several words were exchanged with Victim Agnew, who appeared apologetic.

Suspect Conway then reported that she returned to her vehicle and dialed emergency services to file a police report. Suspect Conway further noted that while she waited for police to arrive on scene, she moved her vehicle across the street from Victim Agnew's residence.

While sitting in her vehicle, Suspect Conway confirmed that she received numerous text messages from Victim Agnew regarding her vehicle parked outside his residence, which she did not respond to. She then reported that Victim Agnew exited his residence and walked toward her vehicle. At this time, Suspect Conway stated that she then removed her black in color, Glock 27, .40 caliber handgun from her purse, held the gun at a low ready (pointed toward the passenger floorboard), and yelled out of the window, "get away from my car before I put a bullet in you." At this time, Victim Agnew put his hands in the air, slowly turned around, and walked swiftly back toward his residence.

It should be noted that Suspect Conway advised this Officer that she was a retired Captain from the Baltimore City Sherriff's Office and had her handgun permit, which she provided to this Officer. Suspect Conway further noted that because she delivers for DoorDash in a multitude of areas, she regularly carries her Glock 27, .40 caliber handgun inside her purse for protection. She *reported that as Victim Agnew walked toward her vehicle, she grew fearful, thus retrieving her firearm from her purse for protection.*

Following the initial interview, Suspect Conway allowed this Officer to remove her firearm from her purse and hold it until the call was completed.

This Officer then made contact with Victim Agnew, who affirmed Suspect Conway's initial statements. Victim Agnew noted that he came to the door to retrieve his DoorDash order from Suspect Conway but reported that he had boxers on underneath his oversized T-shirt. Victim Angew stated that when he closed the door, he observed Suspect Conway sitting across the street in her vehicle from his bedroom window. Victim Agnew confirmed that he sent Suspect Conway several text messages, questioning why she was sitting in front of his residence.

Victim Agnew reported that Suspect Conway failed to respond to his questioning, so he exited his home and walked toward her vehicle. At this time, Victim Agnew reported that he yelled at Suspect Conway and questioned why she was still sitting in front of his residence. Victim Agnew noted that as he got closer to Suspect Conway's vehicle, he observed an object that resembled that of a Taser in Suspect Conway's left hand. However, through repeated questioning, Victim Agnew could not definitively confirm what the object was he observed in Suspect Conway's hand, only that it was black in color and had two circles on the end of that object that resembled the end of a taser cartridge. It should be noted that Victim Agnew reported that he knows what a Taser looks like. He also confirmed that when Suspect Conway stated, "Get away from my car before I put a bullet in you," he put both hands up in the air, turned around, and walked swiftly toward his residence.

Victim Agnew repeatedly stated that he never observed a firearm in Suspect Conway's hand or that she pointed a gun in his direction. He was adamant that he only noticed what looked to be a Taser in Suspect Conway's left hand. It should be noted that if Suspect Conway had maintained a low ready position, Victim Agnew would not have been able to report seeing a weapon in Suspect Conway's hand.

At this time, Victim Agnew dialed emergency services and requested to speak to Officers in reference to the incident.

Based on the statements provided by both Suspect Conway and Victim Agnew, Suspect Conway was placed under arrest and transported to Towson Precinct 06 for booking procedures.

Maryland Gun Center was contacted in reference.

The Glock 27, .40 caliber handgun was packaged per departmental policy.

No further information.
----------------------------------------------------------------------------------------------------------------------------------
-----------------------------------------------------------
POFC J. Jeffry #6503 10/30/2024 1200 hours

This case report is being updated with additional information.

It is important to note that Suspect Conway was released from Towson Precinct 06 on 10/29/2024, as the Baltimore County Court Commissioner determined there was no probable cause for the charges against her. (Reference District Court criminal case



## BALTIMORE COUNTY POLICE
### Case Report

Case Number
243030178
243030178-002
Report Type
Incident

number: D-08-CR-24-010971)

On 10/30/2024, this Officer made contact with Baltimore County Assistant State's Attorney, Samuel Dominick III from the Felony Division regarding this incident. Based on articulable facts of the incident, which highly suggested that the arrest of Ms. Conway was made prematurely and without a completed and thorough investigation of all possible facts, I requested that ASA Dominick III review the charges against her.

ASA Dominick III confirmed that all charges / the criminal case generated against Suspect Conway would be dismissed, as he agreed there was no intent of malicious criminal action(s) on her part during this incident that could constitute or require criminal prosecution against her, by the Baltimore County State's Attorney's Office.

Although the case report status should be updated to "unfounded", as there was no criminal actions taken by Ms. Conway; for NIBRS reporting purposes, the disposition will reflect as: "NIBRS - Exception".

Lt. Romanoff #4009 was notified.

Investigation to continue.

| Hate/Bias | |
|---|---|
| Were a supervisor, shift commander, and the Forensic Services Section notified? | |
| Notification Made To:                                          Date/Time of Notification | |
| Was any physical debris removed or uncovered? | |
| Does the incident involve an organized hate group? | |
| Did the victim recently move to the area? | |
| Has the victim been involved with past or recent activities relating to bias-motivated incidents? | |
| Was the victim involved in past or recent attacks of a similar nature? | |
| Has the victim suffered from past bias incidents? | |
| Is the victim the only group member in the neighborhood or one of a few? | |
| Did multiple incidents occur? | |
| Were all victims of the same group? | |
| Does the victim want the media to have access to information revealing the possible motivation for the incident? | |
| Did you forward the Bias Incidents Resources and Referral Guide to the victim? | |
| Does the victim wish follow-up contact with the Baltimore County Human Relations Commission, an agency of the Office of Law which enforces anti-discrimination laws of the County Code? | |
| Does the victim wish follow-up contact with the Division of Neighborhood Improvement, an agency of the Office of Planning? | |
| Were community leaders contacted or at the scene? | |
| Name                                                                                Title | |
| Were the Youth & Community Services Section, Intelligence Unit, and the Public Affairs Section notified, if applicable? | |
| Name                                                                                Title | |

| Status | Investigating Agency | Committed by an Organized Group | Organized Group |
|---|---|---|---|
| | | | |

Hate Bias Incident Circumstances

| School Threat | |
|---|---|
| How was the threat discovered/received? | |
| Type of threat: | |
| Is there an active/potential threat to the physical school location? | |
| Name of School                                     School Address | |
| Is the school located within Baltimore County?     Which precinct is responsible for the investigation? | |
| Baltimore County Public School?                    Type of school: | |
| School Official Notified     Precinct Commander Notified     Safe Schools Facilitator Notified | |
| State the exact threat that was made: | |
| Is the subject responsible for the threat known? | |
| Is the subject responsible a juvenile? | |
| Has the juvenile's parents/guardians been notified of the incident? | |

# BALTIMORE COUNTY POLICE
## Case Report

Case Number
243030178
243030178-002
Report Type
Incident

| | |
|---|---|
| Has the subject been interviewed in reference to the threat? | |
| Does the subject have access to weapons/resources to carry out the threat? | |
| Were all appropriate parties checked for registered firearms? | |
| Was a home visit conducted? | |
| Was consent to search obtained? | |
| Was a search warrant obtained? | |
| Is the subject responsible for any prior threats? | |
| Are there any civil protective orders currently in effect against the subject? | |
| Type: | |
| Will a civil protective order be applied for as a result of this incident? | |
| Will an emergency petition be completed as a result of this incident? | |
| Will the subject be referred to the Mobile Crisis Team? | |
| Is the subject being charged? | |
| Have similar threats been discovered/received in the past? | |
| Are specific individuals targeted by the threat? | |
| Have the targeted individuals been notified of the threat? | |
| Are any of the targeted individuals juveniles? | |
| Have the parents/guardians of all targeted juveniles been notified of the threat? | |
| Follow-up investigation to be completed by: | |
| Risk Assessment Completed: | Completed By: |

### Missing Person

| Teletype #: | NCIC Statement Signed: | Fingerprints Available: | Photo Obtained: |
|---|---|---|---|
| If Located, Contact Name: | | Telephone Number: | |
| Last Seen Date/Time: | Last seen by whom: | Possible cause of absence: | |
| Possible Destinations: | | Medical Diagnosis: | |
| Handicaps: | | Medications: | |
| Social Media Username | Platform | Explain | |
| Credit Card/Bank Information Type | Institution | | Account Number |
| Friends/Associates Name | Address | | Telephone # |
| Prior Addresses Recovered: | | Number of times reported missing: | |
| Alerts | Critical factors for all missing persons: | | Critical factors for missing children: |
| Other Critical Factors: | | | |
| DSS Case Worker Name: | | DSS Case Worker Telephone #: | |
| Custodial Agency responsible for child: | | Name of group home: | |
| Administrator for group home | | | |

### Animal Bite

| Owner of the animal: | | |
|---|---|---|
| Baltimore County Health Department Rabies Control Form issued and terms explained to the animal owner? | Animal Licensed? | |
| | Animal Confined? | |
| | Animal Leashed? | |

### Domestic

| Household Status | Relationship Length | Date Relationship Ended | Was an assault involved? |
|---|---|---|---|
| Does suspect or victim own or have access to firearms? | | History of Domestic Violence | Related CC #s, if known |
| Protective Order | Protective Order Status | Issuing Judge | |

### Sudden Death

| Who pronounced the victim deceased? | Date/Time Pronounced |
|---|---|



# BALTIMORE COUNTY POLICE
## Case Report

Case Number
243030178
243030178-002
Report Type
Incident

| Who will sign the death certificate within 24 hours: | |
|---|---|
| Cause of Death | Manner of Death |
| Attending Physician or Medical Examiner name: | |
| Medical History | |

Medications

| Was next of kin notified? | | |
|---|---|---|
| Name | Relationship | Notified |
| Who last saw the victim alive: | Date/Time | Events leading to the discovery of the deceased: |
| Suicide Note Located? | Disposition of the body: | Who removed the body: |

| Finance Related | | |
|---|---|---|
| Type | Institution | Account Number |

| EVAA | | | |
|---|---|---|---|
| Are charges being filed? | Person Contacted | Date/Time | Present location of the victim |
| Is this a Nursing Home or Assisted Living Facility? | | | |