

**+1 (410) 456-3741**

Good morning Ms. Conway,

This is Officer J. Jeffry #6503 with the Baltimore County Police Department. I was the primary Officer on yesterday's incident. I want you to know that I was expressed my concerns with my direct supervisors this morning. We are going to be reaching out to the states attorneys office in reference to this incident this morning. Once I have more information, I will be reaching out to you directly. We are also hoping to pursue charges against the young man that exposed himself to you yesterday. This is my work cell phone number, so I will be reaching out to you and providing you with an update after I speak to the states attorneys office.

Have a wonderful morning. We will talk soon.

PLAINTIFF'S EXHIBIT 6