8. Df. Ex. A (Filed by Defendants)