

**DISTRICT COURT OF MARYLAND FOR**
**BALTIMORE COUNTY**
120 E. Chesapeake Avenue
Towson Maryland 21286-5307

Case Number: **D-08-CR-24-010971**
Tracking Number: **240001078236**

**To:** JON WYNDAL GORDON
20 SOUTH CHARLES STREET SUITE 400
BALTIMORE MD 21201

### STATE OF MARYLAND VS. JACQUELINE CONWAY

| Charge | Description | Disposition | Disposition Date |
|---|---|---|---|
| 1 | ASSAULT-FIRST DEGREE; ASSAULT-SEC DEGREE | Dismissed | 11/22/2024 |
| 2 | <_ChrgDesc35_> | Dismissed | 11/22/2024 |

## NOTICE OF JUDGMENT OF ACQUITTAL, NOLLE PROSEQUI, NOT GUILTY, OR DISMISSAL

You are notified that the court has entered the following disposition(s) in the charge(s) against you.

Any and all outstanding warrants or detainers related to the charge(s) is/are recalled.

| 11/25/2024 | Maria R. Fields |
|---|---|
| Date | Administrative Clerk |

You may be entitled to expunge this record and any DNA sample and DNA record relating to the charge or charges against you. Effective October 1, 2021, certain cases shall be automatically expunged after three (3) years if all charges resulted in any combination of acquittal, dismissal, not guilty, or nolle prosequi; or you may file for expungement of those charges within three (3) years upon completion of the attached Petition for Expungement including a general waiver and release (form CC-DC-CR-072C). To learn more about which cases may be eligible for expungement, see the Expungement Brochure (form CC-DC-CR-072BR) available in the Clerk's office or visit the Maryland Courts website: mdcourts.gov/legalhelp/expungement.



PLAINTIFF'S EXHIBIT 12