**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **JACQUELINE CONWAY,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No.: MJM-25-1826** |
| **v.** | * | |
| | * | |
| **JASMINE JEFFRY,** *et al.*, | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For reasons stated in the forthcoming Memorandum Opinion, it is this  31st  day of March, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  Defendants' Motion to Dismiss or for Summary Judgment (ECF No. 5) is GRANTED;

2.  Plaintiff's Cross-Motion for Summary Judgment (ECF No. 14) is DENIED; and

3.  Summary judgment is ENTERED in favor of defendants Jasmine Jeffry and Bryan McDowell.

_____
Matthew J. Maddox
United States District Judge

1