IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JACQUELINE CONWAY,            *

        Plaintiff,            *

                              *    Civ. No.: MJM-25-1826
v.                            *

JASMINE JEFFRY, *et al.*,     *

        Defendant.            *

\* \* \* \* \* \* \* \* \* \*

**AMENDED ORDER**

For reasons stated in the accompanying Memorandum Opinion, it is this <u>10th</u> day of April, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1.  The Order dated March 31, 2026, (ECF No. 20) is VACATED;

2.  Defendants' Motion to Dismiss or for Summary Judgment (ECF No. 5) is GRANTED IN PART;

3.  Plaintiff's Cross-Motion for Summary Judgment (ECF No. 14) is DENIED;

4.  Summary judgment is ENTERED in favor of defendants Jasmine Jeffry and Bryan McDowell on Plaintiff's claims under 42 U.S.C. § 1983 in Counts I through III of the Complaint;

5.  Plaintiff's remaining state-law claims in Counts IV through IX of the Complaint are REMANDED to the Circuit Court of Maryland for Baltimore County (Case No. C-03-CV-25-000810); and

6.  The Clerk SHALL CLOSE this case.

Matthew J. Maddox
United States District Judge